FILED 02 JUN '11 13:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SS, a Minor Child, by and Through Her Guardian *ad litem*, KATHY SMITH, ) ) ) | |
| Plaintiff, ) ) | Civil No. 10-360-JO |
| v. ) ) | ORDER OF DISMISSAL |
| GRESHAM BARLOW SCHOOL DISTRICT, ) a political subdivision of the State of Oregon; ) KEN NOAH; JOHN MINER; JIM SCHLACHTER;) and JEFF HAYS, all individuals, ) ) | |
| Defendants. ) | |

JONES, Judge:

The parties' motion (#32) for dismissal is granted as follows:

IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice, without costs or fees to any party. Any pending motions are denied as moot.

DATED this 2nd day of June, 2011.

_____
ROBERT E. JONES
U.S. District Judge